# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In Re  Smart Motion Robotics, Inc.         )
                                           )
                                           )   Bankruptcy No. ___14-82459___
                                           )
              Debtor.                      )   Chapter ___11___

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: ___Harman & Roehr, CPA's Ltd.___

Authorized to Provide Professional Services to: ___Debtor___

Date of Order Authorizing Employment: ___9/24/2014___

Period for Which Compensation is Sought:
From ___October___, 2016 through ___January___, 2017

Amount of Fees Sought:  $ 6,518.75

Amount of Expense Reimbursement Sought:  $ 0.00

This is an:   Interim Application _____      Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/19/2014 | Aug. - Oct. 2014 | 5,293.75 | 5,293.75 | 5,293.75 |
| 3/19/2015 | Nov. 2014 - Jan. 2015 | 5,293.75 | 5,293.75 | 5,293.75 |
| 7/29/2015 | Feb. - June 2015 | 8,015.25 | 8,015.25 | 8,015.25 |
| 3/3/2016 | July - Dec. 2015 | 7,918.75 | 7,918.75 | 7,918.75 |
| 8/11/2016 | Jan. - June 2016 | 7,262.50 | 7,262.50 | 7,262.50 |
| 11/3/2016 | July - Sept. 2016 | 3,237.50 | 3,237.50 | 3,237.50 |

Dated: _____          ___/s/ John A. Lipinsky___
                                              (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Smart Motion Robotics, Inc., | ) | Case No. 14-82459 |
| | ) | |
| Debtor. | ) | Honorable Thomas M. Lynch |

**DEBTOR'S FINAL APPLICATION FOR ENTRY OF ORDER
AUTHORIZING PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO ACCOUNTANT**

Smart Motion Robotics, Inc., the Reorganized Debtor in the above-captioned case ("Debtor"), by and through its attorneys, pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016 (the "Bankruptcy Rules"), respectfully: (i) makes application for compensation and reimbursement of expenses for the months of October, 2016 through January, 2017 for Hartman & Roehr, CPA's, Ltd. ("Accountant") (the "Application"); (ii) that the Application be granted as a Final Order; and (iii) for the entry of an order making the interim fees and expenses awarded to Debtor's Accountant a Final Order. In support of this Application and requests for Final Orders, the Debtor states as follows:

### I. BACKGROUND

1. On September 24, 2014, an Order approving the retention of the Accountant by the Debtor to provide accounting services, namely preparing the Debtor's Monthly Operating Reports, financial statements and federal and state income tax returns. A true and correct copy of the September 24, 2014, Order is attached hereto as Exhibit 1.

2. The Accountant has rendered services to the Debtor and forwarded its invoices to be paid.

{00342159.DOC /v. 1 }

## JURISDICTION

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (M). The statutory and legal predicate for the relief sought herein is §105(a), 330 and 331 of the Bankruptcy Code.

## CASE STATUS

4. On November 1, 2016 this Court entered an order approving the Fourth Amended Disclosure Statement as containing adequate information. [D.E. 239].

5. Pursuant to the Court's November 1, 2016 Order, ballots were sent to all of the Debtor's creditors along with copies of the Disclosure Statement and Plan. Balloting was closed on December 20, 2016. On January 11, 2017, the Debtor filed its Report of Balloting. [D.E. 267].

6. One objection to confirmation was filed by a large judgment creditor of the Debtor on December 29, 2016. [D.E. 266]. In his objection, creditor Raymond Michael Chuipek ("Chuipek") primarily argued that the Debtor's Plan had not been proposed in good faith because it was "merely a mechanism for the Debtor to primarily avoid paying him." Chuipek attempted to support this claim by arguing two claims were improperly included in Class 5 and that the Plan guarantees no recovery to the holders of Class 5 claims. Chuipek then concluded that the Debtor does not meet the requirements of §1129(a)(8) requiring the Plan to be crammed down pursuant to §1129(b).

7. The Debtor's Plan included two classes of claims which were entitled to vote: Class 1 and Class 3. The Ballot Report filed on January 11, 2017 [D.E. 267] details that the Plan was accepted by Class 1 and 3, satisfying the requirements of 11 U.S.C. §§1126 and 1129 and allowing the Debtor to seek to have its Plan confirmed.

8. On January 17, 2017, the Debtor filed its Response in Support of Confirmation of its Plan which also addressed Chuipek's Objection. [D.E. 269] The Response addressed each of the 16 requirements under §1129(a) which were applicable to its case to show each had been satisfied, supporting confirmation.

9. On January 19, 2017, a hearing on Confirmation of the Debtor's Fourth Amended Plan was held, and after consideration of the testimony and arguments before it, this Court denied Chuipek's objections and ordered that the Debtor's Plan would be confirmed. The Order Confirming Chapter 11 Plan was entered on January 25, 2017. [D.E. 274]

10. The Debtor has paid all quarterly fees due to the United States Trustee and all Monthly and Quarterly Operating Reports have been filed.

### **PRIOR AND CURRENT COMPENSATION**

11. This Application represents the seventh and final application for compensation and expense reimbursement for the Accountant in this case.

12. On December 10, 2014, this Court entered an Order granting Accountant's First Fee Application in the amount of $5,293.75. [D.E. 72].

13. On April 15, 2015, this Court entered an Order granting Accountant's Second Fee Application in the amount of $5,293.75. [D.E. 112].

14. On August 19, 2015, this Court entered an Order granting Accountant's Third Fee Application in the amount of $8,015.25. [D.E. 148].

15. On March 30, 2016, this Court entered an Order granting Accountant's Fourth Fee Application in the amount of $7,918.75. [D.E. 181].

16. On August 31, 2016, this Court entered an Order granting Accountant's Fifth Fee Application in the amount of $7,000.00. [D.E. 220].

17. On November 30, 2016, this Court entered an Order granting Accountant's Sixth Fee Application in the amount of $3,237.50. [D.E. 252].

18. By this Application, Debtor seeks a final award under Bankruptcy Code §330 in the amount of $6,518.75 for services rendered to the Debtor in connection with this case over the three month period of October, 2016 through January, 2017. Copies of the Accountant's three invoices for its activities dated October 31, 2016, November 30, 2016, December 31, 2016 and January 31, 2017 are attached hereto as Exhibit 2. The Debtor also requests entry of an order deeming this and all previous awards of compensation and expense reimbursement to Accountant to be final.

## NATURE OF SERVICES PERFORMED BY ACCOUNTANT

19. The Accountant provided valuable and necessary services for the Debtor. The Accountant prepared budgets, United States Trustee interim statements and operating reports. In addition, the Accountant prepared the Debtor's tax returns and financial statements which were attached to the Debtor's Disclosure Statement. Finally, Dave Roehr was the Debtor's key witness who would have testified to the feasibility of the Debtor's Plan of Reorganization.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order:

(a) allowing Hartman & Roehr, CPA's, Ltd. an allowed administrative claim in the amount of $6,518.75 for services rendered for the months of October, 2016 through January, 2017;

(b) making all previous interim awards for compensation and expense reimbursement to Hartman & Roehr, CPA's, Ltd. to be final; and

{00342159.DOC /v. 1 }                                    4

  (c)  granting all other relief that is just and appropriate.

                Smart Motion Robotics, Inc.
                Reorganized Debtor


          By: *s/ John A. Lipinsky*
             One of its Attorneys

John A. Lipinsky - ARDC: 6207678
Clingen, Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
T: (630) 871-2600
F. (630) 871-9869
lipinsky@ccmlawyer.com