# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Smart Motion Robotics, Inc., | ) | Case No. 14-82459 |
| | ) | |
| Debtor. | ) | Honorable Thomas M. Lynch |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **June 14, 2017 at 10:30 a.m.,** I shall appear before the Honorable Thomas M. Lynch, Bankruptcy Judge in Courtroom 3100, of the U.S. Courthouse, 327 South Church Street, Rockford, Illinois, or before any other Bankruptcy Judge who may be sitting in his stead and present the **MOTION FOR ENTRY OF A FINAL DECREE CLOSING THE CHAPTER 11 CASE,** a copy of which is served on you.

Smart Motion Robotics, Inc.
Debtor and Debtor-in-Possession

By:   *s/* John A. Lipinsky
One of its Attorneys

John A. Lipinsky - ARDC:  6207678
Clingen, Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
T:  (630) 871-2600
F.  (630) 871-9869
lipinsky@ccmlawyer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the **MOTION FOR ENTRY OF A FINAL DECREE CLOSING THE CHAPTER 11 CASE,** thereof, to be served on the following parties as specified below via the ECF Court System on this 5th day of June, 2017 and to the additional parties listed below via First Class Mail on this 5th day of June, 2017.

## VIA ECF SERVICE

| | |
|---|---|
| Timothy W. Brink | tbrink@mpslaw.com; crampich@mpslaw.com |
| Kelly Eamon | ekelly@sperling-law.com; clr@sperling-law.com |
| Richard G. Larsen | rlarsen@springerbrown.com; skadlcek@springerbrown.com; jprice@springerbrown.com |
| Patrick S. Layng | USTPRegion11.MD.ECF@usdoj.gov |
| Jordan M. Litwin | jlitwin@mpslaw.com |
| Lauren Newman | lnewman@thompsoncoburn.com; jhampton@thompsoncoburn.com |
| Lisa M. Nyuli | lmn@attorneys-illinois.com |
| Paul A. Osborn | osborn@wmpj.com; amber@wmpj.com; teresa@wmpj.com |
| Debra Schneider | debra.schneider@usdoj.gov |

**VIA FIRST CLASS MAIL**

| | | |
|---|---|---|
| Anthony V. Coon<br>10 N. Galena Ave.<br>Suite 210<br>Carol Stream, IL 60132 | Armour Technologies<br>Attn: David A. Galica<br>143 E. Lincoln Hwy.<br>DeKalb, IL 60115 | Capital One Bank (USA) NA<br>By American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Esther Camacho<br>232 McMillan Ct., #103<br>Cortland, IL 60112 | Citibusiness Card<br>P.O. Box 688909<br>Des Moines, IA 50398 | Fluid Power<br>110 Gordon St.<br>Elk Grove Village, IL 60007 |
| Vickie and Scott Gilmore<br>14N672 Grand Ave.<br>Elgin, IL 60124 | Intralox<br>P.O. Box 730367<br>Dallas, TX 75373 | Kamflex Corp.<br>2312 Oak Leaf Street<br>Joliet, IL 60436 |
| McDermott Will & Emery, LLP<br>c/o Timothy W. Walsh<br>Ref #088214<br>340 Madison Ave.<br>New York, NY 10173 | Revere Electric<br>975 Weiland Rd.<br>#210<br>Buffalo Grove, IL 60089 | SVGilmore LLC<br>14N672 Grand Avenue<br>Elgin, IL 60124 |
| Ryerson<br>455 85th Avenue NW<br>Minneapolis, MN 55433 | Shane Consulting Assoc, LLC<br>205 Landreth Ct.<br>Durham, NC 27713-7581 | Flodyne<br>100 Muirfield Dr.<br>Bartlett, IL 60103 |
| US Small Business Admin.<br>Illinois District Office<br>500 W. Madison Street<br>Suite 1250<br>Chicago, IL 60661 | Wessels Sherman<br>9800 Shelard Parkway<br>Suite 310<br>Minneapolis, MN 55441 | Robin Carter<br>Affiliated Control Equipment<br>640 Wheat Ln.<br>Wood Dale, IL 60191 |
| ATI Industrial Automation<br>1031 Goodworth Dr.<br>Apex, NC 27539 | Braas Company<br>7970 Wallace Rd.<br>Eden Prairie, MN 55344 | DeKalb Plating Co.<br>221 Grove St.<br>DeKalb, IL 60115 |
| MSC Industrial Supply Co., Inc.<br>Dept. CO0075<br>Palatine, IL 60055 | Tri-Angel Print Resources<br>725 Holly Dr.<br>Bartlett, IL 60103 | Vickie Gilmore<br>14N672 Grand Ave.<br>Elgin, IL 60124 |

*s/ Donna Kirkwood*