UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-82459 |
| Smart Motion Robotics, Inc., | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER ON MOTION FOR ENTRY OF A FINAL DECREE

THIS CAUSE COMING to be heard on the Debtor's Motion for Entry of a Final Decree Closing the Chapter 11 Case (the "Motion"), pursuant to 11 U.S.C. §350, Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1; due and proper notice having been served; this Court having jurisdiction over the parties and the subject matter; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Motion is granted; and

2. A Final Decree closing Smart Motion Robotics, Inc.'s Chapter 11 case is hereby entered effective on the date this order is entered.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 14, 2017

**Prepared by:**

John A. Lipinsky (ARDC #6207678)
Clingen Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
(630) 871-2600
lipinsky@ccmlawyer.com